FILED

2008 Feb-12  PM 02:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT LEONARD PRITCHETT,** ) | |
| ) | |
| **Petitioner** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No. 2:06-cv-04762-RDP-HGD** |
| **WARDEN GWENDOLYN MOSLEY** ) | |
| **and THE ATTORNEY GENERAL** ) | |
| **OF THE STATE OF ALABAMA,** ) | |
| ) | |
| **Respondents** ) | |

## FINAL JUDGMENT

On December 26, 2008, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge.  No objections have been filed by Petitioner or Respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge.  The court further **ACCEPTS** the recommendations of the magistrate judge and it is therefore

**ORDERED**, **ADJUDGED** and **DECREED** that the petition for writ of habeas corpus in this action be and the same hereby is **DENIED**.

**DONE** and **ORDERED** this _____12th_____ day of February, 2008.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE